THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID McCRAY, Appellant.—

707).
Proof of sentence by the South Carolina court under the robbery count not only would show the existence of a conviction but, impliedly, that the Judge presiding, on the basis of the law in South Carolina, had made a judicial determination that the "guilty" verdict applied to the robbery count. A conviction and sentence under the robbery count would be regarded as a felony conviction in this State irrespective of the added larceny count in the indictment (*People* v. *Love*, 305 N. Y. 722; *People ex rel. Gold* v. *Jackson*, 5 N Y 2d 243; *People ex rel. Knapp* v. *Jackson, supra*). Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.